JAMES N. BUTTERLY, Appellant, *v.* MARIBERT REALTY CORPORATION et al., Respondents.

(Argued June 21, 1932; decided July 19, 1932.)

*Alvin C. Cass, Edward D. Dowling* and *Jacques W. Bacal* for appellant.

*Charles J. Nehrbas* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.